**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 06-1244**

─────────────

WILMA LEE RANKIN, Individually and in her
capacity as Guardian, Parent and next friend
of and for B. L. R., a minor,

                                    Plaintiff - Appellant,

        and

B. L. R., a minor; PAUL JAMES RANKIN, SR.,
Individually,

                                                Plaintiffs,

        versus

BERKELEY COUNTY SHERIFF'S DEPARTMENT, Berkeley
County, West Virginia; RONALD JONES,
Individually and in his capacity as Sheriff of
Berkeley County, West Virginia; K. C. BOHRER,
Individually and in his capacity as a
Supervisor and Deputy for the Berkeley County
Sheriff's Department; MARK SPESSERT; DANIEL L.
STEERMAN, Individually and in their capacities
as Deputies for the Berkeley County Sheriff's
Department,

                                    Defendants - Appellees,

        and

BERKELEY COUNTY COMMISSION; BERKELEY COUNTY
PROSECUTING ATTORNEY'S OFFICE; PAMELA
GAMES-NEELY, Individually and in her capacity
as the agent for the Berkeley County
Prosecuting Attorney's Office,

Defendants.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  W. Craig Broadwater, District Judge.  (3:02-cv-00010-WCB)

---

Submitted:  September 12, 2007          Decided:  October 3, 2007

---

Before MICHAEL, KING, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Laura V. Faircloth, LAW OFFICES OF LAURA FAIRCLOTH & ASSOCIATES, Martinsburg, West Virginia, for Appellant. Lucien G. Lewin, Bridget M. Cohee, STEPTOE & JOHNSON, PLLC, Michael D. Lorensen, BOWLES, RICE, MCDAVID, GRAFF & LOVE, LLP, Martinsburg, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

- 2 -

PER CURIAM:

Wilma Rankin, individually and in her capacity as Guardian of B. L. R., a minor, appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (2000) complaint and her motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm substantially for the reasons stated by the district court.  Rankin v. Berkeley County Sheriff's Dep't, No. 3:02-cv-00010-WCB (N.D. W. Va. filed Jan. 12, 2006 & entered Jan. 13, 2006; Jan. 19 & Feb. 10, 2006).  In addition, we decline to consider claims brought for the first time on appeal.  See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED